1
2
3
4
5
6
7
8
9               UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 22-09-SB |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| THOMAS H. PETERS | |
| Defendant. | |

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING

The Court having considered the parties' Stipulation to Continue Sentencing Hearing, and finding good cause therefore:

IT IS HEREBY ORDERED THAT Defendant Thomas H. Peters' sentencing hearing is continued from February 27, 2023, at 8 a.m., to May 9, 2023, at 8 a.m.

**IT IS SO ORDERED.**

Dated: _____

Hon. Stanley Blumenfeld, Jr.
United States District Judge