Name & Address:
Susan S. Har (Cal. Bar No. 301924) Assistant United States Attorney
1500 United States Courthouse
312 N. Spring. St., Los Angeles, CA 90012 Tel.: 213-894-3289

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-CR-009-SB |
| v. | |
| THOMAS H. PETERS | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✔] Filed  [ ] Lodged: (**List Documents**)

Unredacted Stipulation to Continue Sentencing

**Reason:**

[✔] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

2/6/2023
Date

Susan Har
Attorney Name
USA
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING