E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SUSAN S. HAR (Cal. Bar No. 301924)
J. JAMARI BUXTON (Cal. Bar No. 342364)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3289
    Facsimile:  (213) 894-0141
    E-mail:  Susan.Har@usdoj.gov
          Jamari.Buxton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS H. PETERS,<br><br>    Defendant. | No. CR 22-009-SB<br><br>JOINT APPLICATION FOR ORDER SEALING PARTIES' SENTENCING POSITION PAPERS FOR DEFENDANT; DECLARATION OF SUSAN S. HAR<br><br>Hearing Date:  May 9, 2023<br>Hearing Time:  8:00 a.m.<br>Location:  Courtroom of the Hon. Stanley Blumenfeld |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Susan S. Har and J. Jamari Buxton, and defendant Thomas H. Peters, both individually and by and through his counsel of record, Jeffrey H. Rutherford, hereby jointly stipulate and apply for an order to seal the parties' respective sentencing position papers for defendant.

//

//

//

This stipulated application is based upon the accompanying declaration, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: April 25, 2023                    Respectfully submitted,

                                            E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

     /s/
SUSAN S. HAR
J. JAMARI BUXTON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: April 25, 2023                    */s/ per email authorization*
JEFFREY H. RUTHERFORD
Attorney for Defendant
Thomas H. Peters

2

## DECLARATION OF SUSAN S. HAR

I, Susan S. Har, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am assigned to the case of <u>United States v. Thomas H. Peters</u>, 22-CR-009-SB. This declaration is based on my own personal knowledge, my review of the files and records in this case, my discussion with defense counsel Jeffrey Rutherford, and information provided to me by Mr. Rutherford.

2. On April 5, 2022, defendant entered his guilty plea in this matter (Dkt. No. 23), pursuant to the cooperation plea agreement filed in this case (Dkt. No. 7).

3. The sentencing hearing for defendant is set for May 9, 2023. (Dkt. No. 38.) Under the Court's Criminal Standing Order, the parties' sentencing memoranda are to be filed at least 14 days before the sentencing hearing, or by April 25, 2023. (Dkt. No. 14 at 9.)

4. As required by defendant's cooperation plea agreement, and as detailed in prior under-seal stipulations to continue the sentencing hearing (Dkt. Nos. 33, 37), defendant's cooperation has been ongoing.

5. By this application, the parties jointly seek an order by this Court to seal their respective sentencing memoranda, and related exhibits, pertaining to confidential information regarding the federal criminal investigation, the investigation by another prosecuting authority, personal identifying information (including email addresses, home address, telephone numbers, and banking information), sensitive and private information about defendant's and his family's personal health issues, sensitive and private information in certain letters of support from non-parties, and non-public, sensitive and confidential information provided to the defense in discovery (the "Confidential Information").

6. In its sentencing memorandum, the government describes the details of defendant's cooperation in the underlying federal criminal investigation. As support for

1

its position, the government will further attach as an exhibit an under-seal affidavit in support of a search warrant application, which was filed in connection with the underlying investigation.  The details set forth in the government's sentencing memorandum, as well as in the warrant application, are confidential and sensitive and include non-public facts that, if made public, would reveal certain means and methods of the FBI's investigation and could very likely cause undue personal and professional harm to the named individuals.

7. Additionally, both the government and defense describe in their respective sentencing memoranda the details of defendant's cooperation in the confidential and ongoing investigation by another prosecuting authority, which the parties have identified in previous filings.  The government will further attach as an exhibit a confidential declaration by the other prosecuting authority describing its investigation and the nature and extent of defendant's cooperation with that investigation.  Public disclosure of this information would likely jeopardize the ongoing investigation and could very likely cause undue personal and professional harm to the named individuals.

8. The defense's sentencing memoranda and exhibits contain private, confidential personal identifying information, including about defendant, his family, and others who provided information to the defense in the course of preparing for defendant's sentencing.  The defense's exhibits also contain relevant, non-public financial information and sensitive, non-public, confidential documents provided to the defense in discovery.  Public disclosure of this information could very likely cause undue personal and professional harm to the named individuals.

//
//
//
//
//

9. Accordingly, the parties respectfully request that unredacted versions of their sentencing memoranda and exhibits relating to the Confidential Information be placed under seal. To protect the public's accessibility to court documents, the parties will file public versions of their sentencing positions with redactions of the Confidential Information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles County, California, on April 25, 2023.

SUSAN S. HAR
Assistant United States Attorney