UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-009-SB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING PARTIES' SENTENCING POSITION PAPERS FOR DEFENDANT |
| v. | |
| THOMAS H. PETERS, | Hearing Date: May 9, 2023 |
| Defendant. | Hearing Time: 8:00 a.m.<br>Location: Courtroom of the Hon. Stanley Blumenfeld |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's and defendant's joint application for an order sealing the parties' sentencing position papers for defendant is GRANTED. The Court will place under seal the government's and defendant's unredacted sentencing memoranda and supporting exhibits. The parties may produce the underlying documents as permitted or required by applicable law.

_____  
DATE

_____  
HON. STANLEY BLUMENFELD JR.  
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The parties' joint application for an order sealing the parties' sentencing position papers for defendant is DENIED. The underlying documents shall be returned to the respective party, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket. The clerk will destroy any chambers copies of the documents.

DATE

HON. STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE