KENDALL BRILL & KELLY LLP
Jeffrey H. Rutherford (181695)
 jrutherford@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendant
Thomas H. Peters

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS H. PETERS,<br><br>　　　　　Defendant. | Case No. CR 22-09-SB<br><br>**DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING**<br><br>Date:　　　　May 9, 2023<br>Time:　　　　8:00 a.m.<br>Courtroom:　6C |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING

Defendant Thomas H. Peters, by and through his counsel of record, hereby submits the attached exhibits in support of his position regarding sentencing.

These exhibits include the defense's letters of support for Mr. Peters. The defense has not submitted a letter of support from Mr. Peters' wife, Elaine Mandel Peters because the Canons of Judicial Ethics, Canon 2(B)(2) and 2(B)(3)(c) prohibit her, as a sitting Superior Court Judge, from providing a letter of support to the court without an official request. Should the court make such an official request, Mrs. Peters would gladly submit a letter.

Mrs. Peters has written to and spoken with the probation officer in connection with preparation of the Presentence Report ("PSR"), which the defense understands is allowed by Canon 2(B)(3)(c).

Absent the Canon's prohibitions, Mr. Peters would have submitted additional letters from bench officers who he has worked with and appeared before.

DATED: April 25, 2023        KENDALL BRILL & KELLY LLP


By: ____/s/ Jeffrey H. Rutherford____
   Jeffrey H. Rutherford
   Attorneys for Defendant Thomas H. Peters

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING

**Defendant Thomas H. Peters' Index of Exhibits
In Support of Position Regarding Sentencing**

| No. | Description | Exhibit Number |
|---|---|---|
| 1. | Thomas Peters' Letter to the Court | A |
| 2. | Letters of Support | B |
| 3. | Thomas Peters' *Curriculum Vitae* | C |
| 4. | Organization Charts | D |
| 5. | *Bradshaw v. City of Los Angeles*, Case No. CV 19-6661-VAP | E |
| 6. | Redacted | F |
| 7. | MEND Materials | G |
| 8. | Redacted | H |
| 9. | Payment Documents | I |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

2
DEFENDANT THOMAS H. PETERS' EXHIBITS IN SUPPORT OF POSITION REGARDING SENTENCING