# EXHIBIT C

**THOMAS H. PETERS, ESQ.**
**CELL: 310.266.0666**

Los Angeles City Attorney, Los Angeles, 2014-2019. Chief Assistant City Attorney, Civil Litigation Branch. Responsible for oversight of claims in which the City is either a plaintiff or a defendant. Manage over 100 attorneys and 200 staff in eight sections, including Police Liability, Civil Claims, Business and Complex and Employment sections. Frequent appearances before Los Angeles City Council, State and Federal Courts.

UCLA School of Law, 2017-2019. Lecturer in Law. Taught companion course for students pursuing semester-long externships with civil governmental entities. Led classroom discussions regarding real-world issues encountered by students. Evaluated student submissions/essays.

Kiesel Law, LLP (previously Kiesel Boucher Larson), Beverly Hills, 2011-2014. Partner. Major state and federal tort litigation and trials, catastrophic personal injury, wrongful death, products liability, and mass torts matters. Class action and multi-district litigation, suits versus various governmental entities. Responsible for all aspects of case evaluation, preparation and resolution. Train, mentor and supervise associates.

Ringler, Kearney, Alvarez, LLP, Los Angeles, 2005-11. Partner. Major state and federal tort litigation and trial practice, including mass tort, wrongful death and personal injury matters, wage and hour employment class actions, FELA (railroad) cases. Overall case management and decision-making responsibilities. Train, mentor and supervise associates.

Robins, Kaplan, Miller & Ciresi, Century City, 2004-06. Senior Associate. Tort litigation and trial practice. Personal injury and mass tort cases; civil rights/police brutality and inverse condemnation cases. Responsible for discovery, motions, deposition, mediation and trial work.

Fogel, Feldman, Ostrov, Ringler & Klevens, APC, Santa Monica, 1994-2004. Associate and Senior Associate. State and federal tort litigation and trial practice, including complex workplace incidents, significant personal injury, medical malpractice, civil rights (42 USC 1983) and business litigation matters. Draft and respond to discovery.

Briedenbach, Crispo, Swainston & Way, Los Angeles, 1992-94. Associate. Civil litigation defense, including personal injury and construction defect cases. Trial work. Legal research, law and motion. Take and defend expert and lay depositions.

**EDUCATION**

J.D., Duke University School of Law, Durham, North Carolina, 1992
    ACLU Chapter, Founder
    Death penalty habeas counsel
    Date and Acquaintance Rape Educators (DARE): Community counseling regarding date rape issues
    Big Brothers of Durham: Mentor for at-risk teens

B.A., Trinity University, San Antonio, Texas, Cum Laude, History/Philosophy, 1988
    Student Court: Issue advisory rulings to Dean of Students on student disciplinary matters
    President Phi Alpha Theta history honor society
    London School of Economics, semester abroad
    Vice President Phi Sigma Tau philosophy honor society

Exhibit C
Page 93

      Trinity Cares: Tutor at-risk students

**PROFESSIONAL HONORS**

AV Rating, Martindale-Hubbell
Super Lawyer, 2009-14
Consumer Attorneys Association of Los Angeles, Presidential Award for Service, 2003, 2005, 2006, 2008
Certificate of Special Congressional Recognition for Community Service, January 2008 (Rep. Brad Sherman)
State Bar of California Wiley W. Manuel Certificate for Pro Bono Legal Services, 1996

**ACTIVITIES & ORGANIZATIONS**

Los Angeles County Bar Association
    Board of Trustees, 2009-11
    Litigation Section Executive Committee member, 2011-13
    Nominating Committee Member, 2012
    Dialogues on Freedom volunteer, 2010: Facilitate school dialogue regarding civil rights issues
    Barristers, 1995-97: Present mock trial in high schools

Los Angeles Superior Court Special Advisory Board Regarding Personal Injury Case Management, 2013

Mediator, Los Angeles Superior Court Alternative Dispute Resolution Program, 2000-2002: Volunteer mediator/arbitrator for pending Superior Court cases.

Consumer Attorneys Association of Los Angeles
    Board of Governors, 1997-2006; Emeritus Board Member, 2007-present
    Government Relations Committee, Chair, 2002-2009: meet with and lobby state legislators
    Las Vegas Seminar, Chair 2003, 2004: Oversee content and curriculum for annual 3-day conference attended by 1,750 attorneys. Select and recruit speakers. Moderate panels.

Los Angeles Superior Court Law Day volunteer, 2000-04

Consumer Attorneys Association of California: member, volunteer for annual Lobby Day to meet with and lobby state legislators on issues of importance to consumers

Bet Tzedek, 1996-98: volunteer representation in unlawful detainer matters

Duke University Alumni Association, 1996-2004: Interview, evaluate prospective undergraduate students

**PROFESSIONAL SPEAKING & WRITING EXPERIENCE**

Invited lecturer for the following:
    Loyola Marymount University (multiple years)
    Los Angeles County Bar Association (multiple years)
    Los Angeles Superior Court (multiple years)
    Los Angeles City Attorney in-house continuing legal education
    Consumer Attorneys Association of Los Angeles (multiple years)
*Advocate Magazine*: Multiple articles published

**SIGNIFICANT REPRESENTATIVE MATTERS**

- Lead deposition counsel in multi-fatality Glendale and Chatsworth Metrolink train derailment cases

Exhibit C
Page 94

- Liaison counsel in pending suit versus federal government arising out of multi-fatality Federal Tort Claims Act premises liability case
- Pending suit versus LAUSD for multiple sexual abuse claims in Miramonte School litigation

Exhibit C
Page 95