# EXHIBIT G

To whom it may concern,

   I am writing this letter regarding Thom Peters, who has been a community volunteer at MEND since May of 2022. MEND is a nonprofit organization located in San Fernando; our focus is to serve our community with essential resources to increase their capacity to thrive.

   My name is Jacqueline Barajas and I am the Volunteer Coordinator at MEND. Thom has been one of our most reliable community volunteers and a crucial part of our team. He assists us during our weekly Food Distributions by helping us sort, pack, and distribute food kits to families in our community. Thom volunteers once a week every Friday and is always on time.

   Thom is well respected by volunteers, staff members, and clients as he carries himself with nothing but respect for others. As a regular volunteer for months now he has built positive relationships with those around him. We are extremely satisfied with his work and are planning on continuing to have him volunteer at our organization.

Please feel free to contact me if you have any questions.

Thank you,



MendPoverty.Org

**Jacqueline Barajas**

**Volunteer Engagement Coordinator & Administration Support**

**Direct**: (818) 686-7327

**Main:**(818) 896-0246

Jacqueline@mendpoverty.org

10641 San Fernando Road

Pacoima, CA 91331



Exhibit G
Page 109



# CERTIFICATE OF APPRECIATION

Thank You,

## THOM PETERS

For your outstanding dedication as a volunteer to meet each need with dignity.

**JANET MARINACCIO**
President/CEO

**JACQUELINE BARAJAS**
Volunteer Engagement Coordinator
& Administration Support

Case 2:22-cr-00009-SB   Document 41-8   Filed 04/25/23   Page 4 of 11   Page ID #:354

# 2023 Daily News Readers' Choice
BEST OF SAN FERNANDO VALLEY AND NEIGHBORING COMMUNITIES

### FAVORITE NON-PROFIT ORGANIZATION

## MEND – Meet Each Need with Dignity

10641 San Fernando Road, Pacoima, CA 91331

ph: 818.686.7320

**website :: facebook :: twitter :: Instagram**

Years Won: 2021 (Favorite)



Exhibit G
Page 111

For 50 years, MEND has served the crisis needs of hundreds of thousands of our most vulnerable neighbors and families in Los Angeles. With a humble start in a San Fernando Valley garage in the early 1970s, MEND has grown to become a trusted community partner operating the largest food bank/pantry in the Valley, homeless and family services, one-on-one case managed services, and COVID/wellness outreach programs.

MEND offers a "no wrong door" approach to anyone who is struggling, and directly benefits over 220,000 people a year. Our work depends on the financial support of kind people like you to stock the food bank with nutritious food, help the homeless, send out frontline staff to meet people where they are, and to equip those who work with families side-by-side as they uncover their way out of crisis. Visit us at, www.MendPoverty.org/Donate to learn more.

Search this website

**MAP**

Exhibit G
Page 112

Case 2:22-cr-00009-SB   Document 41-8   Filed 04/25/23   Page 6 of 11   Page ID #:356



LOCAL NEWS • News

# Helping those in need is still the goal as Meet Each Need with Dignity celebrates 50 years

A good idea to help struggling families is sustained over 50 years thanks to donations by generous San Fernando Valley residents



MEND founders, Ed and Carolyn Rose opened their hearts and home in 1971 to help poor families in the northeast San Fernando Valley, They now celebrate 50 years of service to the San Fernando Valley. (Photo courtesy of MEND)

By **DENNIS MCCARTHY** |
PUBLISHED: August 20, 2021 at 11:55 a.m. | UPDATED: August 20, 2021 at 12:03 p.m.



*"When it rains, look for rainbows; when it is dark, look for stars."* – Oscar Wilde

The great ones always start small. One person has an idea and passes it on to another, and pretty soon it grows into a cause. If it's a good cause, it flourishes and evolves into a movement that takes on a life of its own.

It goes from a garage in Mission Hills in 1971 to a multi-million dollar, non-profit corporation in 2021 that puts food on the table, clothes in the closets and hope in the hearts of more than 1,500 families in the San Fernando Valley who desperately need it.

It's called MEND — Meet Each Need with Dignity (with a big emphasis on dignity) — and it's celebrating 50 years since Ed and Carolyn Rose opened their garage door on Mayall Street, and invited the needy in to feed and dress their families with donations from the parishioners at the Rose's church, Our Lady of Peace Catholic Church in North Hills.

"We were just regular people who wanted to do something for others with less than we had, nothing else," said Carolyn, who was a stay-at-home mom raising five children in a house without enough bedrooms or bathrooms, but plenty of love.

"Some of our friends thought we were nuts, having all these strangers come to our house. I think they thought people would steal things from us, but they never did. They were good people who just needed a little help at this point in their lives."

Good people like Erika Contreras, who searched out the Roses to thank when MEND expanded its services and opened a new, multi-service center in 2007 on an old, rundown trailer park lot on San Fernando Road where she had lived with her parents and five brothers and sisters growing up.

"Our trailer was in the second row, over where the parking spaces are now," Erika said. "We had nothing. MEND gave us the beds and mattresses we slept on, the tables and chairs we sat at, the food we ate."

She brought out an old snapshot of herself as a 6-year-old opening Christmas presents with her brothers and sisters. "MEND gave us those presents, too, but the greatest gift they gave everyone was hope. The idea we could succeed, and that people cared," she said.

Good people including Baltazar Martinez, who would walk the six-mile round trip from the single-car garage in Sylmar where his family lived to pick up food and blankets from MEND with his mother.

"I remember waiting in line with her for that box of food and the blankets we slept on that covered the cold cement floor, seeing how thankful she was," Baltazar said. "MEND was a blessing to our family, to a lot of families. We depended on them to survive."

With him, Baltazar had brought five, large boxes filled with donated toys from the students at Mission College to give to the kids now waiting in line with their own thankful mothers. Ed took the presents and shook the young man's hand. He was visibly touched.

"You're everything my wife and I hoped MEND would be," he said. "We always wanted the people who received the help to give it back one day – pass it on like a daisy chain."

In these last 50 years, nothing has been able to break that daisy chain the Roses and their friends started, not even COVID. It failed last year, and is back again with the delta strain now, forcing MEND to close its doors at the center again for all its walk in services, except food distribution.

It should have crippled them, but it has only made them stronger and more determined. In many ways, it's taken them back to their roots – to the garages and homes of people like the Roses who still drop in from time to time to visit.

MEND's success doesn't depend on a multi-service office building, it depends on the same thing today it did in 1971.

People.

Help is either in your heart or it's not. You either step up to do what you can, or you look the other way. No charitable organization in the Valley has done more to meet each need with dignity than MEND.

They have fed more than 216,000 needy residents since the coronavirus breakout, and sent enough food to other relief agencies to feed tens of thousands more.

They can't do it without the help of hundreds of donors and volunteers who refuse to look the other way.

"The Oscar Wilde quote comes to mind often," said MEND's president and CEO Janet Marinaccio, talking to her supporters. "Through some of the darkest times, you have been the rainbow and the stars for so many struggling people. You have enabled us to reach more than 50,000 people in our community with information on COVID-19, vaccinations and messages of encouragement.



"The legacy started by Ed and Carolyn Rose, along with a group of friends and family, continues to this day. You have done incredible things for the most vulnerable people in the San Fernando Valley. Thank you."

Hope — it's up there somewhere between the rainbows and the stars.

For more information on the many services MEND offers, or to become a donor or volunteer, visit its website, mendpoverty.org, or call 818-897-2443.

*Dennis McCarthy's column runs on Sunday. He can be reached at dmccarthy@gmail.com.*

Newsroom Guidelines
News Tips
Contact Us
Report an Error

 The Trust Project

## News as it breaks.

All our breaking news stories, sent as often as we have them.

Email Address

Sign Up

Privacy Policy

Tags: Charity, Community, Dennis McCarthy, Dennis McCarthy Column, San Fernando Valley, Top Stories LADN

 **Dennis McCarthy** | Columnist