# EXHIBIT I
## REDACTED



Exhibit I
Page 122



Exhibit I
Page 123



Exhibit I
Page 124



Exhibit I
Page 125



Exhibit I
Page 126



Exhibit I
Page 127



Exhibit I
Page 128



Exhibit I
Page 129



Exhibit I
Page 130



Exhibit I
Page 131



Exhibit I
Page 132



Exhibit I
Page 133



Exhibit I
Page 134



Exhibit I
Page 135



Exhibit I
Page 136