

FILED
CLERK, U.S. DISTRICT COURT
May 4, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jgr___ DEPUTY

May 1, 2023

Hon. Stanley Blumenfeld, Jr
United States Courthouse
350 W. 1ST St.
Courtroom 6-C
Los Angeles, CA. 90012

Re: United States v. Thomas H. Peters – No. CR-22-09

Dear Judge Blumenfeld:

We are writing to you regarding the sentencing of convicted defendant Thomas H. Peters. This letter is intended to outline the basis for why you should give Mr. Peters the maximum sentence possible. We are citizens of the city of Los Angeles, and have been directly damaged by his criminal actions.

The damage Mr. Peters has done to our community and the City of Los Angeles is beyond measure. He has deprived the citizens of Los Angeles of honest services, and has stained the reputation of our city, the City Attorney's office and left it with a cloud hanging over its head that will take a long time, if ever, to go away.

Mr. Peters has a law degree from Duke University, and has been an officer of the court for over 27 years. He knew better than to engage in this criminal activity, yet he did it anyway.

When he was hired to the senior position of Chief of the Civil Branch of the Los Angeles City Attorney's office, it was to protect the citizens of Los Angeles, not to defraud them with legal trickery and unethical strategies. He has no excuse for his dishonest and criminal conduct.

His aiding and abetting extortion was just one small part of a much larger criminal conspiracy. In order for the circumstances in this crime to occur, first, he and his superiors at the Los Angeles City Attorney's office orchestrated a collusive "sham" lawsuit where he engaged in an unethical and illegal strategy to defraud the taxpayers of the City of Los Angeles and the ratepayers of the Los Angeles Department of Water & Power. Any representation that Mr. Peters is "a man of good character" is laughable given this unethical and corrupt LADWP collusive sham lawsuit went on for years, and he never said a word until he got caught.

Hon. Stanley Blumenfeld, Jr
May 1, 2023
Page 2

His conduct was a threat to a free society that relies on the integrity and honesty of those it entrusts to administrate their government.

Allegedly, Mr. Peters has subsequently provided cooperation to the United States Attorney's office, but to date, his cooperation has not led to the indictment of any other individual involved in this extortion. As you know, Mr. Peters signed his plea agreement on January 10, 2022. He entered his plea in open court on April 5, 2022. His sentencing has been continued three times. And yet over a year later, there have been no other additional indictments issued in this matter. The indians have all been busted while the chief's get away scot-free. Mr. Peters should not be given any special credit for cooperating with law enforcement. As a former officer of the court, and a citizen of this city, it's what he's supposed to do.

The fact that some people thought Mr. Peters was a good son or a good neighbor, does not negate the fact that he was part of this criminal conspiracy. Certainly. Mr. Peters was not blowing the whistle, and was perfectly happy to allow this whole scheme to continue. If it weren't for Mr. Kiesel's former secretary threatening to blow the whistle, this whole fraud against the taxpayers of Los Angeles would have never come to light. Time and again, Mr. Peters chose deceit over candor. He chose criminal violations over honest services. He allowed the taxpayers of Los Angeles to incur a $2.5 million dollar discovery sanction while he continued to conceal these "smoking gun" documents. (See Los Angeles Times Oct 6, 2020 attached)

As a public official entrusted to represent his constituents in an ethical and honest manner, Tom Peters turned his public office into a long running criminal enterprise which victimized the citizens of the city of Los Angeles, and especially the DWP ratepayers who received these incorrect inflated bills. This man has no conscience or respect for the law.

Unfortunately, he is just one of many Los Angeles City elected officials and staff members who have felt free to engage in corruption and freely break the law. The reason that so many of these individuals have engaged in this corruption is because until recently there has been no deterrence or visible consequences. Nobody in the whole Jose Huizar criminal conspiracy has been sentenced yet.

Hon. Stanley Blumenfeld, Jr
May 1, 2023
Page 3

Mr. Peters sentence needs to demonstrate to him and all others that if they engage in this kind of illegal behavior, there will be serious consequences and they will get the maximum allowable sentence. Perhaps that will deter others in the future who would otherwise choose to follow Mr. Peters course of conduct.

As you know, the factors set forth in 18 U.S.C. § 3553—notably the nature and circumstances of the offense, the need for the sentence to reflect the seriousness of the offense and promote respect for the law, and the need for both specific deterrence and general deterrence—demand a significant custodial sentence. With these factors in mind, the court should sentence Mr. Peters closer to the 51 months in custody that his crimes warrant, and not the "sweetheart" deal the United States Attorney has offered in its plea deal with Mr. Peters. As the court is fully aware, it is not obligated to follow the party's agreement.

Those public figures who plan to use their public office to commit criminal offenses should know that there will be severe consequences if they are found to have committed these offenses.

We hope you will consider this letter when you make your sentencing decision.

Thank you for your service to our community

Sincerely,

A large group of Constituents of the City of Los Angeles

Including Members of:

The Eagle Rock Neighborhood Council

The Downtown Los Angeles Neighborhood Council

The West L.A. Neighborhood Council

The Sherman Oaks Neighborhood Council

(see list attached)

| | | |
|---|---|---|
| Flor Chaidez | Laura Gonzalez | CJ Savage |
| Zev Brown | Andrew Jacobs | Joe Chou |
| Tim Coulter | Sylvia Denlinger | Michael Sweeney |
| Richard Loew | Margaret Irwin | Noah Segan |
| John Kerr | Amanda Matti | Ben Foushee |
| Tanner Whitney | Chloe Ziegler | Brad Keyes |
| Theresa Sasso | Charles Blumsack | Samantha McBride |
| Jens Jonason | Angela Gonzales | John Collinson |
| Miriam Torres | Ghazal Hashemi | Angela Mendoza |
| Elliot Avila | Shanna Oskin | Roger Mora |
| Clara Solis | Steve Crouch | Camille Demano |
| Jonathan Echavarria | Sharon Alvarez | Nadine Diaz |
| Carlos Montes | Jesus Perez | Melissa Castro |
| Yasmin Mata | Rene Chavez | Shmuel Gonzalez |
| Brenda Martinz | Rafael Chagoya | Janelle Valencia |
| Leea Garcia | Robert Martinez | Damion Wagner |
| Jim Sarratori | Debby Zhou | Angela Deleon |
| Pablo Fontoura | Tony Hoover | Ryan Afari |
| Cody Nowak | James Wilde | Jehan Reagan |
| Nisha Parekh | Samir Bitar | Tyler Murphy |
| Leonel Aguilar | Melynda Choothesa | Susan Powers |

# Los Angeles Times

CALIFORNIA

# Judge fines L.A. $2.5 million for 'serious abuse' in handling of evidence in DWP case



A judge slapped L.A. with a $2.5 million fine Tuesday, finding that the city committed "serious abuse" in how it handled evidence in the lawsuit involving the Department of Water and Power. (Robert Gauthier / Los Angeles Times)

BY DAKOTA SMITH | STAFF WRITER

OCT. 6, 2020 2:46 PM PT

A Superior Court judge on Tuesday ordered the city of Los Angeles to pay a $2.5-million fine, ruling in favor of a consulting firm that accused City Atty. Mike Feuer's office of concealing evidence in a high-profile lawsuit involving the Department of Water and Power.

At a downtown L.A. hearing, Judge Elihu M. Berle said there had been "serious abuse of discovery by the city and its counsel" in the DWP case — actions that merited "considerable sanctions."

California law allows courts to impose sanctions over discovery misconduct by attorneys. In this case, PricewaterhouseCoopers alleged that the city's attorneys concealed key documents, and produced unprepared witnesses and false deposition testimony.

PricewaterhouseCoopers attorney Daniel J. Thomasch said at Tuesday's hearing that city attorneys intentionally dragged out the case by refusing to turn over evidence. The delays resulted in a monetary cost to PricewaterhouseCoopers, Thomasch said.

"The city thought it could just wear down PWC and the court," Thomasch said.

Rob Wilcox, a spokesman for Feuer, said the city attorney's office is evaluating its options. "We strongly disagree with the court's ruling," Wilcox said.

Jamie Court, president of advocacy group Consumer Watchdog, said the fine should disqualify Feuer, a mayoral candidate, from running for City Hall's top job.

"Taxpayers are going to have to pay for the malfeasance of the city attorney and his office," Court said.



CALIFORNIA

Consulting firm accuses city of L.A. of concealing evidence in DWP billing case

July 3, 2020

The city in 2015 sued PricewaterhouseCoopers, blaming the consulting firm for a new DWP billing system that overcharged a wide swath of customers. In turn, DWP customers filed a class-action lawsuit against the city.

While PricewaterhouseCoopers was defending itself in the lawsuit brought by the city, its lawyers uncovered evidence in the DWP class-action case. The firm alleged in court documents that the city took part in a fraudulent scheme to control the outcome of the class-action lawsuit.

Representatives for Feuer's office have denied the city was involved in or aware of the alleged scheme and have blamed two outside attorneys it hired. Those attorneys have denied wrongdoing, with one saying his work was done at the direction of the city attorney's office.

The FBI raided the city attorney's office and the DWP in July 2019, seeking information related to the billing litigation. Representatives of the U.S. Attorney's Office said in a July court filing that the investigation is ongoing.

The city dropped its lawsuit against PricewaterhouseCoopers in September 2019. In June 2020, the consulting firm's attorneys filed a motion for sanctions. PricewaterhouseCoopers attorneys said they would seek at least $8 million for what it alleged was the city's "obstructionist discovery tactics."

PricewaterhouseCoopers alleged that "the city went far beyond the boundaries of legitimate adversarial conduct, consciously and persistently abusing the discovery process to hide its wrongdoing," according to the motion.

PricewaterhouseCoopers attorney Thomasch said Tuesday's ruling "vindicates the rule of law by holding the city and its lawyers accountable for their egregious abuses."

Thomasch said the city's discovery abuse was the result of its attempt to hide from the court and DWP customers its participation in the filing and settling of the "sham" consumer class-action lawsuit.

Dakota Smith

Eagle Rock NC
P.O. Box 41652
Los Angeles, CA. 90041

Hon. Stanley Blumenfeld
United States Courthouse
350 W. 1st St.
Courtroom 6C
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 4 2023
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY


