## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No.: | 2:22-cr-00009-SB-1 | Date: May 9, 2023 |

| Present: The Honorable | **STANLEY BLUMENFELD, JR., United States District Judge** |
|---|---|
| Interpreter: | N/A |

| Jennifer Graciano | Myra Ponce | Susan S. Har; J. Jamari Buxton; Mack Jenkins |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas H. Peters | √ | | √ | Jeffrey Rutherford | √ | | √ |

**Proceedings:** SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

                                                                              1 : 23

Initials of Deputy Clerk    jgr